UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY;
LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

     Plaintiffs,

                                Case No. 2-14-cv-11122

v.                               HON. GEORGE CARAM STEEH

KIRCO MANIX CONSTRUCTION, LLC,

     Defendant.
_____/

| | |
|---|---|
| SACHS WALDMAN | BUTZEL LONG, a professional |
| GEORGE H. KRUSZEWSKI (P25857) | corporation |
| HOPE L. CALATI (P54426) | MARK T. NELSON (P27305) |
| AMY BACHELDER (P24601) | CAREY A. DeWITT (P36718) |
| Attorneys for Plaintiffs | Co-Counsel for Defendant |
| 2211 E. Jefferson Suite 200 | 301 East Liberty, Suite 500 |
| Detroit, MI  48207 | Ann Arbor, MI 48104 |
| (313) 965-3464 | (734) 213-3606 |
| | |
| | JAFFE RAITT HEURER & WEISS |
| | PETER M. ALTER (P10145) |
| | Co-Counsel for Defendant |
| | 27777 Franklin Rd., Suite 2500 |
| | Southfield, MI 48034 |
| | (248) 351-3000 |

_____/

**STIPULATION AND CONSENT ORDER (I)
GRANTING PLAINTIFFS' MOTION FOR
RECONSIDERATION, AND (ii) VACATING ORDER
GRANTING DEFENDANT'S MOTION TO DISMISS
<u>PURSUANT TO FED. R. CIV. P.12(b)(6)</u>**

The undersigned hereby stipulate to the entry of the attached Order (I) Granting Plaintiffs' Motion for Reconsideration, and (ii) Vacating Order Granting Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P.12(b)(6).

Stipulated and Agreed:

SACHS WALDMAN                         BUTZEL LONG, a professional
                                      corporation

BY: s/ Amy Bachelder                  BY: s/ Mark T.Nelson w/perm AB
AMY BACHELDER (P24601)                MARK T. NELSON (P27305)
Attorneys for Plaintiffs              Attorneys for Defendant
2211 E. Jefferson, Suite 200          301 East Liberty, Suite 500
Detroit, Michigan 48207               Ann Arbor, MI 48104
313.965.3464                          734.213.3606

JAFFE RAITT HEUER & WEISS

BY: s/ Peter M. Alter w/perm AB
PETER M. ALTER (P10145)
Co-Counsel for Defendant
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
248.351.3000


Dated: March 13, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY;
LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

   Plaintiffs,

           Case No. 2-14-cv-11122
v.           HON. GEORGE CARAM STEEH

KIRCO MANIX CONSTRUCTION, LLC,

   Defendant.
_____/

**CONSENT ORDER (I) GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION, AND (ii) VACATING ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT <u>TO FED. R. CIV. P.12(b)(6)</u>**

Pursuant to the stipulation of the parties,

**IT IS HEREBY ORDERED** that:

   Plaintiffs' Motion for Reconsideration of this Court's August 15, 2014 Order Granting Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is granted; and, accordingly that this Court's August 15, 2014 Order Granting Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is vacated and considered of no further force and effect.

DATED: March 13, 2015   <u>s/George Caram Steeh</u>
           UNITED STATES DISTRICT JUDGE